**IN THE UNTIED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION**

| | | |
|---|---|---|
| **DAVID WEIR** | : | **Case No.: 3:17-CV-00081** |
| Plaintiff, | : : : | **Magistrate Judge Sharon L. Ovington** |
| v. | : : | |
| **RANDY MOUNT, et al.,** | : : | **STIPULATED NOTICE OF MUTUAL** |
| Defendant. | : : | **DISMISSAL WITH PREJUDICE** |

IT IS HEREBY STIPULATED AND AGREED by and between the parties and their respective counsel that the above-captioned action is voluntarily dismissed, with prejudice, against the defendants RAM Restoration and Randy Mount and plaintiff David Weir pursuant to the Federal Rules of Civil Procedure 41(a)(1)(A)(ii).


*/s/ Serah E. Siemann*                                               */s/ Matthew Stokely (via email auth)*

Serah E. Siemann (0088687)                             Matthew D. Stokely (0062611)
Brian B. Gravunder (0091187)                          Robert Hollencamp (0084370)
SIEMANN & ASSOCIATES Co., L.P.A.          Pickrel, Schaeffer & Ebeling Co.
1015 E. Centerville Station Rd.                          40 N Main St. Suite 2700
Centerville, Ohio 45459                                      Dayton, Ohio 45423-2700
(937) 496-1450 Phone                                        937-223-1130
(937) 496-1453 Facsimile                                   937-223-0339
ssiemann@siemannlaw.com                              mstokely@pselaw.com
Attorneys for Plaintiff                                         Attorneys for Defendants